# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1219

VERSUS

RONTRELL J. NELSON

**FEBRUARY 10, 2025**

---

In Re:     Rontrell J. Nelson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-22-03239.

---

BEFORE:    **PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the motion to quash, the district court's ruling on the motion to quash, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.